# Court of Appeals
# of the State of Georgia

ATLANTA, October 25, 2016

*The Court of Appeals hereby passes the following order*

**A17I0044. MICHAEL J. KOKINOS, et al. v. MARION CARTWRIGHT.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

15A7660



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, October 25, 2016.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*